IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Civ. No. 4:15-cv-00202-FL

| | |
|---|---|
| LATEEFA WEBB O/B/O T.D.B., | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

This matter is before the Court on Plaintiff's Motion for Judgment on the Pleadings and Defendant's Motion for Remand to the Commissioner. Plaintiff, through counsel, consents to Defendant's Motion for Remand to the Commissioner.

For good cause shown, the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991). On remand, the Commissioner will further develop the record regarding the claimant's mental impairments, with particular attention paid to obtaining the claimant's school records; and further evaluate whether, in light of the evidence as a whole, including any school records or other additional evidence obtained, the claimant's impairments meet, equal, or functionally equal a Listing.

The Clerk of the Court is directed to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 20th day of June, 2016.

_____
LOUISE W. FLANAGAN
United States District Judge