UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

LATEEFA WEBB, for T.B., a minor,   )
                                   )
        Plaintiff,                 )
                                   )
v.                                 )    **JUDGMENT**
                                   )
CAROLYN W. COLVIN,                 )    No. 4:15-CV-202-FL
Acting Commissioner of Social Security, )
                                   )
        Defendant.                 )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's Motion to Remand.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered June 20, 2016, that Defendant's motion to remand is granted and the Commissioner's decision is reversed. This matter is remanded to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings.

**This Judgment Filed and Entered on June 20, 2016, and Copies To:**

Lawrence Wittenberg (via CM/ECF Notice of Electronic Filing)
David M. Mansfield (via CM/ECF Notice of Electronic Filing)


June 20, 2016                    JULIE RICHARDS JOHNSTON, CLERK
                                   /s/ Susan W. Tripp
                                 (By) Susan W. Tripp, Deputy Clerk