IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
FILE NO.: 4:15-CV-00202-FL

| | |
|---|---|
| LATEEF WEBB O/B/O, <br> T.D.B. (MINOR), <br>     Plaintiff, <br> <br> v. <br> <br> CAROLYN W. COLVIN, <br> Acting Commissioner of Social Security, <br>     Defendant. | ORDER |

This is a Social Security case in which a judgment and order were entered reversing the Commissioner's Decision and remanding the case. The Plaintiff has moved for attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, in the amount of $3,366.00.

On the basis of Plaintiff's motion and supporting documents, IT IS ORDERED that the Commissioner of Social Security pay $3,366.00 in attorney's fees in full satisfaction of any claim for fees, costs, and other expenses pursuant to EAJA.

This the 19th day of July, 2016.

_____
United States District Judge